In the Matter of the Estate of ROBERT HASTINGS, Deceased.

ELIZABETH A. BRUCH et al., Appellants; ARTHUR A. POTTER, as Executor of LORA HASTINGS, Deceased, Respondent.

Submitted April 4, 1939; decided April 18, 1939.

*George L. Bockes* and *Frank C. Huntington* for appellants. *Ralph S. Ives* and *Arthur F. Bouton* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.